UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS GUZMAN, LINA MORA, KARLA RAMOS and SANTOS M. VIGIL, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>-against-<br><br>BACTOLAC PHARMACEUTICAL, INC., CHOICE LONG ISLAND, INC., STEVEN KLEIN, and HAROLD ROBBINS,<br><br>          Defendants. | Civ. No. 21-cv-00658-SJF-AKT<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs CARLOS GUZMAN, LINA MORA, KARLA RAMOS and SANTOS M. VIGIL, by their attorney the Moser Law Firm, P.C., hereby give notice that the claims in the above captioned action against BACTOLAC PHARMACEUTICAL, INC., CHOICE LONG ISLAND, INC., STEVEN KLEIN, and HAROLD ROBBINS, are voluntarily dismissed, without prejudice.

Dated: Huntington, New York
    February 8, 2021

                 MOSER LAW FIRM, P.C.

                 **/s/**
                 BY: Steven John Moser
                 5 E. Main Street
                 Huntington, NY  11743
                 (631) 824-0200
                 smoser@moseremploymentlaw.com
                 ***Attorneys for Plaintiffs***